UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| WAGGITY, LLC | ) | |
| Plaintiff, | ) | Civil Action No. 25-cv-9627-ER |
| v. | ) | **NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |
| BARKBOX, INC. and BARK, INC. | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE THAT upon the accompanying Declarations of Kenneth Kramer and Meredith Greisman, and the exhibits thereto, the accompanying Memorandum of Law in Support of Plaintiff Waggity, LLC's Motion for a Preliminary Injunction ("Motion"), and upon all the pleadings and proceedings heretofore had herein, Plaintiff, through its undersigned counsel, will move this Court, before the Honorable Edgardo Ramos, United States District Judge at the Thurgood Marshall United States District Courthouse at 40 Foley Square, New York, New York 10007, at a date and time determined by the Court, for an Order pursuant to Rule 65 of the Federal Rules of Civil Procedure requiring Defendants BARKBOX, INC. and BARK, INC. to enjoin use of the BARK IN THE BELLY marks, and such other relief that the Court deems necessary, just, and proper.

Dated: December 8, 2025

Respectfully Submitted

CROWELL & MORING LLP

By: /s/ *Preetha Chakrabarti*

Preetha Chakrabarti
Two Manhattan West
375 Ninth Ave
Suite 4500
New York, NY 10001
Telephone No. (212) 223-4000
Facsimile No. (212) 223-4134
Email: PChakrabarti@crowell.com

Virginia Wolk Marino (*pro hac vice* forthcoming)
Andrew Avsec (*pro hac vice* forthcoming)
CROWELL & MORING LLP
300 N. LaSalle Drive
Suite 2500
Chicago, IL 60654
Telephone No. (312) 321-4200
Email: VMarino@crowell.com
Email: AAvsec@crowell.com

Ryan Seewald (*pro hac vice* forthcoming)
CROWELL & MORING LLP
1601 Wewatta Street
Suite 815
Denver, CO 80202
Telephone No. (303) 524-8660
Facsimile No. (303) 524-8650
Email: RSeewald@crowell.com

*Attorneys for Waggity, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, true and correct copies of the **NOTICE OF MOTION FOR PRELIMINARY INJUNCTION, [PROPOSED] ORDER GRANTING PLAINTIFF WAGGITY, LLCINC.'S MOTION FOR PRELIMINARY INJUNCTION,** and **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF WAGGITY, LLC'S MOTION FOR PRELIMINARY INJUNCTION, and declarations and exhibits thereto,** were caused to be served via email upon Defendants' counsel:

> Jonathan W. Thomas
> Jonathan.Thomas@gtlaw.com
>
> Candice Kim
> Candice.Kim@gtlaw.com
>
> Molly Littman
> Molly.Littman@gtlaw.com
>
> Tess Friedman
> Tess.Friedman@gtlaw.com

December 8, 2025

s/ *Preetha Chakrabarti*
Preetha Chakrabarti
