UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAGGITY, LLC,

                Plaintiffs,

-*against*-

BARKBOX, INC., *and* BARK, INC.,

                Defendants.

**Order**

25 Civ. 9627 (ER)

RAMOS, D.J.:

    Waggity, LLC ("Waggity") filed the instant suit on November 18, 2025, alleging that BarkBox Inc. and Bark Inc. engaged in trademark infringement in violation of federal and state law. Doc. 1. On December 8, 2025, Waggity filed a motion for a preliminary injunction against Defendants, seeking to enjoin their use of marks that allegedly cause consumer confusion. Docs. 9, 10.

    The Court held a hearing on the preliminary injunction request on December 19, 2025. For the reasons set forth on the record, Waggity's request for a preliminary injunction is DENIED. The Clerk of Court is respectfully directed to terminate the motion, Doc. 9.

    It is SO ORDERED.

Dated:    December 19, 2025
             New York, New York

                                                      Edgardo Ramos, U.S.D.J.